UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

                      Plaintiff,

        -v-                                         25 Civ. 1315 (JPC)

                                                        ORDER
UNITED SPECIALTY INSURANCE COMPANY,

                    Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of the parties' proposed Case Management Plan ("CMP") filed at Docket Number 12. In the CMP, the parties have indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *Id.* at 1; *see* 28 U.S.C. § 636(c). Should the parties wish to consent to the jurisdiction of a U.S. Magistrate Judge, the parties may submit a Notice of Consent, which may be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, no later than May 6, 2025. By that same date, the parties shall advise the Court on whether the Initial Pretrial Conference scheduled for May 8, 2025, should proceed.

       SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                                                JOHN P. CRONAN
                                                 United States District Judge